IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEVORY W. HICKMON, SR.
    Petitioner,

vs.                                          Case No. 3:08cv30/LAC/EMT

CHARLIE CRIST,
    Respondent.
_____/

### **ORDER**

    Petitioner, an inmate proceeding pro se, initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1).  Petitioner also filed a motion to proceed in forma pauperis (Doc. 2).

    Upon review of the motion to proceed in forma pauperis, the court concludes that Petitioner failed to provide the requisite supporting documentation for the motion, specifically, a financial certificate <u>with an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint</u>.  *See* 28 U.S.C. § 1915(a)(2).  Additionally, the Prisoner Consent Form was not executed by a prison official.  Therefore, the motion will be denied without prejudice to Petitioner's refiling a complete motion with the required supporting documentation.

    Accordingly, it is **ORDERED**:

    1.    Petitioner's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

    2.    The clerk shall send Petitioner a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

    3.    Within **THIRTY (30) DAYS** from the date of docketing of this order Petitioner shall (1) pay the $5.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the

requisite prisoner consent form and financial certificate, <u>including an attached computer printout of the transactions in his prison account during the preceding six month period</u>.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this 1st day of February 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**